JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARQUE RASHAD THOMPSON, | No. CV 09-4657-CJC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: March 24, 2010

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE